**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLEN DELL COLLINS,<br><br>    Petitioner,<br><br>  v.<br><br>ERIC ARNOLD, Warden,<br><br>    Respondent. | Case No. CV 14-2404-GW (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 6, 2017

         */s/ George H. Wu*
         GEORGE H. WU
         U.S. DISTRICT JUDGE